**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CORNELIUS JOHNWELL, | Case No. 2:26-cv-00639-GMN-EJY |
| Petitioner, | **DISMISSAL ORDER** |
| v. | |
| GABRIELA NAJERA, | |
| Respondent. | |

Petitioner Cornelius Johnwell filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254. (ECF No. 1-1 ("Petition").) The Court screened the Petition and directed Johnwell to show cause on or before April 30, 2026, why his Petition should not be dismissed with prejudice as untimely. (ECF No. 7.) That deadline has passed, and Johnwell has not filed a response, requested an extension of time to do so, or taken any other action to litigate this case.

It is therefore Ordered that the Petition is dismissed with prejudice as untimely. A Certificate of Appealability is denied, as jurists of reason would not find dismissal of the Petition for the reasons stated herein to be debatable or wrong.

It is further kindly Ordered that the Clerk of Court (1) file the Petition (ECF No. 1-1), (2) add Nevada Attorney General Aaron D. Ford as counsel for Respondent,[1] (3) serve the Nevada Attorney General this Order and all other filings in this matter by sending notices of electronic filing, (4) enter judgment, and (5) close this case.

Dated:   May 8, 2026

_____
Gloria M. Navarro, Judge
United States District Court

---

[1]No response is required from Respondent other than to respond to an Order of a reviewing court.