**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CORNELIUS JOHNWELL, | Case No. 2:26-cv-00639-GMN-EJY |
| Petitioner, | **ORDER** |
| v. | |
| GABRIELA NAJERA, | |
| Respondent. | |

On May 8, 2026, the Court entered a Dismissal Order, and Judgment was entered in this matter. (ECF Nos. 8, 10.)  Those filings were returned as undeliverable to Petitioner Cornelius Johnwell, noting that he was relocated to "HDSP as of 5/5/26." (ECF No. 11.)

It is therefore kindly Ordered that the Clerk of Court send Johnwell a courtesy copy of the Dismissal Order and Judgment (ECF Nos. 8, 10) at High Desert State Prison.

Dated:     May 12, 2026

Gloria M. Navarro, Judge
United States District Court